UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DANIEL J., | Civil No. 3:19-CV-05552-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will conduct a new hearing, further develop the record and issue a new decision;

- The ALJ will update the record and adjudicate the periods of September 27, 2011, through January 27, 2015, and April 29, 2017, through February 21, 2019;

- The ALJ will add to the record the evidence from Christina Mcghee, ARNP, and Keith J. Krueger, Ph.D. and any other relevant evidence;

- Due to the expanded record, the ALJ will obtain additional medical expert testimony;

- The ALJ will reevaluate and further develop the opinion evidence of record, including but not limited to the evidence from Robert Lang, M.D., and Peter Weiss, Ph.D.;

- The ALJ will reevaluate steps two and three of the sequential evaluation process;

- The ALJ will reevaluate Plaintiff's subjective complaints;

- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

- The ALJ will review the decision dated February 14, 2020, and provide a rationale for any significant difference between those findings and the findings in the present case.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 20th day of April, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov